

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2019

No. 04-19-00025-CR

Guillermo **CAPETILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB000381 D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellant's second request for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **November 25, 2019**. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk